UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY,

                                  Plaintiff,

-v-

STARR INDEMNITY & LIABILITY COMPANY ET AL.,

                                  Defendants.

22 Civ. 10174 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated in today's initial pretrial conference, the Court directs counsel for all parties to confer with their clients, within one week of this order, as to the possibility of devising an agreement to stay this case until after the resolution of the appeal or entire action in the underlying state court case in order to enable timely and efficient resolution of the issues before this Court. Any such agreement should be sensitive to preserving the rights and interests of all parties.

The Court schedules a status conference on Wednesday, May 3, 2023 at 3 p.m. In advance of the conference, the parties shall submit, by April 26, 2023, a joint status update and any draft agreement for the Court's approval.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 5, 2023
       New York, New York