UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY,

                        Plaintiff,

-v-

STARR INDEMNITY & LIABILITY COMPANY ET AL.,

                        Defendants.

22 Civ. 10174 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict with the Court's calendar, the Court respectfully reschedules the status conference on May 22, 2023 at 3 p.m. to May 22, 2023 at 10 a.m. Any draft stipulation and/or stay agreement shall be submitted no later than Friday, May 19, 2023 at 12 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 15, 2023
       New York, New York