UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY,

                            Plaintiff,

-v-

STARR INDEMNITY & LIABILITY COMPANY ET AL.,

                            Defendants.

22 Civ. 10174 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's status conference, the Court hereby stays this case pending resolution of the appeals in the underlying state court action. The parties are directed to, as of the date of this order, file joint status letters every two months, with plaintiff's counsel filing such updates on the docket. Upon resolution of the state court appeals, the parties shall file a letter setting forth the outstanding claims in state court and proposing a timetable for resolution of the issues pending before this Court.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: May 22, 2023
       New York, New York